Paul L. BLOM, Respondent,

v.

SINGLE SOURCE TRANSPORTATION
and Reliance Insurance/Crawford &
Co., Relators.

No. C2–01–1181.

Supreme Court of Minnesota.

Oct. 24, 2001.

Leslie M. Altman, David M. Bateson, Rider, Bennett, Egan & Arundel, L.L.P., Minneapolis, for relators.

Gary L. Manka, Katz & Manka, Ltd., Minneapolis, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 14, 2001, be,

and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/ Alan C. Page,
Associate Justice.